[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12917
Non-Argument Calendar
_____

D.C. Docket No. 1:03-cr-00079-CG-D-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEMETRIUS LAMAR MALONE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(March 11, 2013)

Before WILSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Paul D. Brown, counsel for Lemetrius Lamar Malone in this appeal of the revocation of Malone's supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Malone's revocation of supervised release and sentence are **AFFIRMED**.